UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE CRUMWELL,<br><br>                            Plaintiff,<br><br>                 -v.-<br><br>THE MAD HATTER CO. L.L.C.,<br><br>                            Defendant. | 23 Civ. 03602 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

      On September 26, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the designated Magistrate Judge, and to submit no later than October 10, 2023 either an executed consent form or a joint letter. ECF No. 18. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's September 26 Order forthwith, and in no event later than **December 11, 2023**.

      SO ORDERED.

Dated: December 6, 2023
       New York, New York

                                                                   JENNIFER H. REARDEN
                                                                   United States District Judge